SCWC-29794, SCWC-29795, SCWC-29796

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

SCWC-29794

STATE OF HAWAI'I, Respondent/Plaintiff-Appellee,

vs.

NELSON KUUALOHA ARMITAGE, Petitioner/Defendant-Appellant.
(CASE NO. 2P106-02017)


SCWC-29795

STATE OF HAWAI'I, Respondent/Plaintiff-Appellee,

vs.

RUSSELL K. KAHOOKELE, Petitioner/Defendant-Appellant.
(CASE NO. 2P106-02018)


SCWC-29796

STATE OF HAWAI'I, Respondent/Plaintiff-Appellee,

vs.

HENRY MAILE NOA, Petitioner/Defendant-Appellant.
(CASE NO. 2P106-01909)

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(ICA NOS. 29794, 29795, and 29796; CASE NOS. 2P106-02017,
2P106-02018, and 2P106-01909)

ORDER OF CORRECTION
(By:  Acoba, J.)

IT IS HEREBY ORDERED that the order accepting application for writ of certiorari filed on October 24, 2013 is corrected as follows:

On the first page, the case caption is corrected by changing "HENRY MAILE NOA, Respondent/Defendant-Appellant" to "HENRY MAILE NOA, Petitioner/Defendant-Appellant".

The Clerk of the Court is directed to take all necessary steps to notify the publishing agencies of these changes.

DATED:  Honolulu, Hawai'i, October 24, 2013.

/s/ Simeon R. Acoba, Jr.



2